United States District Court
Southern District of Texas
**ENTERED**
November 12, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. <br> as Broadcast Licensee of the May 5, 2012 <br> Floyd Mayweather, Jr. v. Miguel Cotto Event, <br><br> Plaintiff, <br><br> VS. <br><br> JONESCORP, INC., d/b/a EAGLE <br> STREET LOUNGE; ISAAC JONES <br> d/b/a EAGLE STREET LOUNGE; and <br> KEN LIGON, d/b/a EAGLE STREET <br> LOUNGE <br><br> Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. H-15-1172 |

## ORDER RESETTING INITIAL
## PRETRIAL AND SCHEDULING CONFERENCE

Plaintiff's Second Motion for Continuance of Initial Pretrial and Scheduling Conference is granted. (Docket Entry No. 11). The Pretrial and Scheduling Conference is reset for **January 19, 2016, at 8:30 a.m.,** before:

> Judge Lee H. Rosenthal
> United States Courthouse
> Courtroom 11 B, 11th Floor
> 515 Rusk Avenue
> Houston, Texas  77002

SIGNED on November 12, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge