**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-1172 |
| | § | |
| JONESCORP, INC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ENTERING JUDGMENT AGAINST JONESCORP, INC., INDIVIDUALLY
AND d/b/a EAGLE STREET LOUNGE, AND ISAAC JONES, INDIVIDUALLY AND
d/b/a EAGLE STREET LOUNGE**

Judgment is entered in favor of J&J Sports Productions, Inc., as broadcast licensee of the

May 5, 2012 Floyd Mayweather, Jr. v. Miguel Cotto Event, against Jonescorp, Inc., individually

and d/b/a Eagle Street Lounge, Isaac Jones, Individually and d/b/a Eagle Street Lounge, jointly

and severally, as follows:

        a.      statutory damages of $10,000;

        b.      additional damages of $1,000;

        c.      attorney's fees of $2,000.00;

        d.      costs of court; and

        e.      postjudgment interest at the rate of 01.03 % *per annum*.

This is a final judgment.

SIGNED on April 12, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge