IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | § § § | |
| Plaintiff, | § § | |
| VS. | § § | |
| JONESCORP, INC., d/b/a EAGLE STREET LOUNGE; ISAAC JONES d/b/a EAGLE STREET LOUNGE; and KEN LIGON, d/b/a EAGLE STREET LOUNGE | § § § § § § § | CIVIL ACTIONS NO. H-15-3535 NO. H-15-1172 |
| Defendants. | § § | |

## ORDER

For the reasons stated in this court's April 12, 2017 Memorandum and Order in the companion to this case, *J&J Sports Prods., Inc. v. Jonescorp, Inc., et al.*, No. 15-1172, Docket Entry No. 33, the motion for summary judgment against Ken Ligon, (Docket Entry No. 10), is denied. Because defendants Isaac Jones and Jonescorp d/b/a Eagle Street Lounge have now appeared and filed an answer, the motion for default judgment against them, (Docket Entry No. 9), is denied. Both cases will be tried together in a bench trial beginning on **June 7, 2017 at 10:00AM** in Courtroom 11B. Exhibits, witness lists, and brief proposed findings and conclusions must be filed by May 26, 2017.

SIGNED on May 2, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge